DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEVONTAE DAQUEZ BUTLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0488

_____

May 27, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus,
Judge.

Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell,
Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.